# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HENRY LEE GOOMAN,

Plaintiff,

v.

CLENDENIN, *et al.*,

Defendants.

Case No. 1:25-cv-01089-JLT-BAM (PC)

ORDER GRANTING REQUEST FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE HIS OBJECTIONS TO THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS

(ECF No. 15)

**THIRTY (30) DAY DEADLINE**

Plaintiff Henry Lee Goodman ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On July 7, 2026, the Court screened Plaintiff's complaint and issued findings and recommendations that recommended dismissal of this action as barred by claim preclusion and for failure to state a cognizable claim upon which relief may granted. (ECF No. 14.) Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within 14 days after service. (*Id.*)

Currently before the Court is Plaintiff's motion requesting a 30-day extension of time to file his objections to the findings and recommendations, filed on July 23, 2026. (ECF No. 15.) Plaintiff explains that the findings and recommendations were delivered to him on July 15, 2026, and while he has been working diligently on his objections, his *pro se* status combined with the

delivery delay has made it evident that the due date for his objections cannot be met. Plaintiff asserts that the request to extend the due date for his objections is necessary for him to adequately defend his claims. Plaintiff contends that exercising due diligence, no further extensions will be needed. (*Id.*)

The Court finds good cause to grant Plaintiff's motion for an extension of time to file his objections to the findings and recommendations. Fed. R. Civ. P. 6. Under the circumstances, the Court finds that an extension of thirty days is appropriate. Any future requests for extension of the deadline must be supported by good cause.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's request for an extension of time to file his objections to the findings and recommendations, (ECF No. 15), is GRANTED; and
2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file his objections to the July 7, 2026 findings and recommendations.

IT IS SO ORDERED.

Dated: **July 27, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE